NUMBER 13-03-733-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
IN RE: THE STATE OF TEXAS,                                               Relator.
____________________________________________________________________

On Petition for Writ of Mandamus.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam

         Relator, THE STATE OF TEXAS, filed a petition for writ of mandamus and an
emergency motion for temporary relief staying enforcement of respondent’s order
granting bail pending the Court’s resolution of the petition for writ of mandamus . This
Court granted relator’s emergency motion on December 15, 2004, and entered an
order staying enforcement of respondent’s order granting bail pending resolution of this
original proceeding. Relator has now filed a motion to dismiss the petition for writ of
mandamus. Relator advises the Court that the underlying case has settled.
         The Court, having considered the documents on file and relator’s motion to
dismiss the petition for writ of mandamus, is of the opinion that the motion should be
granted. Relator’s motion to dismiss is granted. The stay previously entered by this
Court is lifted, and the petition for writ of mandamus is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 15th day of January, 2004.